No. D–1811. IN RE DISBARMENT OF WATKINS. Brian R. Watkins, of Lincoln, Neb., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, re-

quiring him to show cause why he should not be disbarred from the practice of law in this Court.